# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156354

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHRISTOPHER CARSON SMITH,
        Defendant-Appellant.

SC: 156354
COA: 336751
Ingham CC: 92-064315-FH

_____/

By order of July 30, 2018, the application for leave to appeal the June 26, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Tucker* (Docket No. 152798). On order of the Court, the case having been dismissed on September 5, 2018, the application is again considered, and it appearing to this Court that the cases of *People v Snyder* (Docket No. 153696) and *People v Betts* (Docket No. 148981) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2018



Clerk

s0918